UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 06-067 (HHK) |
| | : | |
| v. | : | |
| | : | |
| MICHAEL RALPH, | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Roy Austin, Jr., at telephone number (202) 353-9458. Roy Austin, Jr. will substitute for Assistant United States Attorney Sarah T. Chasson as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____
ROY AUSTIN, JR.
Assistant United States Attorney
Bar No. 211491
Fraud and Public Corruption Section
555 4th Street, NW, Room 5239
Washington, DC 20530
(202) 353-9458