AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

SEALED

UNITED STATES OF AMERICA

v.

Michael Ralph

**WAIVER OF INDICTMENT**

CASE NUMBER: 06-067 (HHK)

I, _Michael Ralph_, the above named defendant, who is accused of

18 U.S.C § 371

FILED
APR 20 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _April 20, 2006_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer