UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Cr. No. 06-67 (HHK)  SEALED |
| | Violation: 18 U.S.C. § 371 (Conspiracy to Commit Mail Fraud) |
| MICHAEL RALPH, | |
| Defendant. | FILED APR 20 2006 NANCY MAYER-WHITTINGTON, CLERK U.S. DISTRICT COURT |

STATEMENT OF OFFENSE

The United States and Michael Ralph agree that the following facts are true and correct:

Gateway Computers is a publicly held company that manufactures and distributes personal computers and related components. Gateway manufactured and distributed computers and components from a plant in Hampton, Virginia.

In 1999, I learned that my long-time friend, D.S., was able to divert computers and peripheral components from the Gateway plant in Hampton, Virginia. Shortly thereafter, although I cannot remember the exact date, I began arranging for an acquaintance of mine, C.E., to purchase stolen Gateway computers. C.E. would periodically telephone me and tell me how many computers he wanted to buy. I would relay this order to D.S. who, in turn, would cause the computers to be diverted from Gateway's plant and sent either to C.E.'s home or to his place of work. C.E. paid me for the computers both by cash and by check. C.E. told me that he was re-selling the Gateway computers that he received.

In addition to arranging for C.E. to receive stolen Gateway computers, I also placed orders

for stolen computers on behalf of customers that I identified and whom my cousin, O.M., identified. I regularly gave D.S. the name and address of people that I and O.M. had found to purchase computers, and also specified for D.S. the type of computers that the recruited customers wanted to receive. D.S. then caused computers to be stolen from the Gateway plant and sent either directly to the recruited customers or to O.M.'s house so that he could distribute the computers to the customers. I collected payment for the stolen computers from the customers that I had identified, and shared those proceeds with D.S. O.M. collected money in payment for the stolen computers from the customers that he had identified. O.M. shared those proceeds with me and I, in turn, shared the proceeds with D.S.

I also arranged to purchase a stolen Gateway computer for myself, which I had sent to the home of a friend in Maryland.

I agree under penalty of perjury that the foregoing facts are true and correct.

_Michael Ralph_
Michael Ralph