CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **SEALED** |
| | ) | |
| vs. | ) | Criminal No. |
| Michael Ralph | ) | 06-0067 (HHK) |
| | ) | FILED |
| | ) | APR 20 2006 |

WAIVER OF TRIAL BY JURY

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
Assistant United States Attorney

Approved:

_____
Judge Henry H. Kennedy, Jr.
United States District Court