UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 06-067 (HHK) |
| | ) | |
| MICHAEL RALPH, | ) | UNDER SEAL |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO CONTINUE STATUS HEARING DATE**

The parties in this case respectfully request that the Court vacate the status hearing date in this case, which is currently scheduled for July 28, 2006 at 9:45 a.m. Assistant United States Attorney Roy Austin, Jr., has authorized undersigned counsel to file this as a joint request.

The basis for this request revolves around the fact that neither party is prepared for sentencing in this case. Further, as this Court is aware, a trial date of April 2007 has been set in a related case, United States v. Charles Emore, Cr. No. 06-064, whereby Mr. Ralph's cooperation may be needed.

WHEREFORE, counsel for both parties respectfully request that this motion be granted and that a status hearing date be re-scheduled sometime in March 2007.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on July 21, 2006, a copy of the foregoing Joint Motion to Continue Status Hearing Date and Order were served by hand-delivery to a box in the Clerk's Office designated for the United States Attorney's Office upon Roy Austin, Jr., Assistant United States Attorney.

_____
Dani Jahn
