**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Cr. No. 06-067 (HHK)** |
| | ) | |
| **MICHAEL RALPH,** | ) | **UNDER SEAL** |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Upon consideration of the Joint Motion to Continue the Status Hearing Date, and in light

of the entire record in this matter, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the July 28, 2006 status hearing date is hereby vacated; and it is further

**ORDERED** that a status hearing in this matter is rescheduled for _____.

**IT IS SO ORDERED** this _____ day of _____, 2006.


_____
THE HONORABLE HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE


Copies to:

Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste. 550
Washington, D.C.  20004

Roy Austin, Jr.
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530