UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cr. No. 06-067 (HHK) |
| ) | |
| MICHAEL RALPH, ) | UNDER SEAL |
| ) | |
| Defendant. ) | |

FILED
JUL 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the Joint Motion to Continue the Status Hearing Date, and in light of the entire record in this matter, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the July 28, 2006 status hearing date is hereby vacated; and it is further

**ORDERED** that a status hearing in this matter is rescheduled for April 27, 2007 at 10:00 a.m.

IT IS SO ORDERED this 25th day of July, 2006.

_____
THE HONORABLE HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE

Copies to:

Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste. 550
Washington, D.C. 20004

Roy Austin, Jr.
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530