IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **Cr. No. 06-67 (HHK)** |
| v. ) | |
| ) | |
| **MICHAEL RALPH,** ) | |
|       **Defendant.** ) | |

## UNOPPOSED MOTION TO UNSEAL ALL PLEADINGS AND PROCEEDINGS

The United States, by and through its attorney, the United States Attorney for the District of Columbia respectfully submits this Motion to Unseal All Pleadings and Proceedings in this matter, and states:

The pleadings and proceedings in this matter were initially sealed upon oral motion of the defendant on April 20, 2006 because the defendant was pleading in a conspiracy case where the investigation had not been completed. As of December 21, 2006, all co-conspirators targeted by the government had either pled guilty, been found guilty in trial or were cooperating with the government. There is no longer any reason for this case to remain sealed. Accordingly, the United States respectfully requests that all pleadings and proceedings in this matter be unsealed.

The government provided a draft of this motion to Danielle Jahn, counsel for the defendant, and Ms. Jahn stated that she does not oppose this motion.

WHEREFORE, the United States respectfully requests that this Court issue an Order unsealing the pleadings and proceedings in this matter.

> Respectfully submitted,
>
> JEFFREY A. TAYLOR
> UNITED STATES ATTORNEY

By: _____
Roy L. Austin, Jr.
Assistant United States Attorney
Criminal Division
555 Fourth Street, N.W., Rm. 5239
Washington, D.C.  20530
(202) 353-9458