IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | Cr. No. 06-67 (HHK) |
| v. ) | |
| ) | |
| **MICHAEL RALPH,** ) | |
|        **Defendant.** ) | |

## ORDER TO UNSEAL

Upon motion of the United States to unseal all pleadings and proceedings in the above-captioned matter, and having found that the sealing of this matter is no longer necessary to protect the defendant or the investigation, the motion is hereby GRANTED, and all pleadings and proceedings shall be unsealed.

Date:_____    _____
                                                                  UNITED STATES DISTRICT JUDGE

cc:    Roy L. Austin, Jr.
        Assistant United States Attorney
        Criminal Division
        555 Fourth Street, N.W., Rm. 5239
        Washington, D.C.  20530
        (202) 353-9458

        Danielle Jahn
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C. 20001
        (202) 208-7500