IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
) Cr. No. 06-67 (HHK)
v. )
)
MICHAEL RALPH, )
      Defendant. )

### ORDER TO UNSEAL

Upon motion of the United States to unseal all pleadings and proceedings in the above-captioned matter, and having found that the sealing of this matter is no longer necessary to protect the defendant or the investigation, the motion is hereby GRANTED, and all pleadings and proceedings shall be unsealed.

Date: 2/2/07

_____
UNITED STATES DISTRICT JUDGE

cc: Roy L. Austin, Jr.
Assistant United States Attorney
Criminal Division
555 Fourth Street, N.W., Rm. 5239
Washington, D.C. 20530
(202) 353-9458

Danielle Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20001
(202) 208-7500