# dailypress.com

Hampton Roads, Virginia - July 25, 2006 11:13 AM

Customer Service · Subscribe · Place an Ad · Jobs · Cars · Real Estate · Shopping · Contact Us · Advertiser Index

5-Day Forecast
Currently: 78° F
Light Rain
Humidity: 84%
Chance of precip: 57%

$200,000 FOR $917 Per Month*
LendingTree
START NOW

Home | News | Opinion | Sports | Business | Entertainment | Life | Classifieds | Site Index | Obituaries
Peninsula | South of James | Williamsburg | Middle Peninsula | Obituaries | Columnists | Virginia | Nation/World | Special Projects

**Local News**

## Lawn care firm helps ease load of military families

The owner of a local company participates in the national GreenCare for Troops program.

BY KATHY VAN MULLEKOM
247-4781

July 20, 2006

HAMPTON -- Michael Ralph makes sure some area military families enjoy a freshly mowed yard while their spouses are stationed overseas.

All for free.

"I'm just giving back," says Ralph, who cranked up his AMC Lawncare business seven years ago in Newport News.

Search:
[ ] Go
○ Site / Archives
○ Web
enhanced by Google™
✉ Email this story
🖨 Printer friendly format
🔍 Search archives

**Photo**



Free for military wives with husbands in Iraq.
Joe Fudge, Daily Press
Jul 18, 2006



Mowing the lawn
Joe Fudge, Daily Press



cars.com
Find the right car for you.

Local Links

**NEWS CONTACTS**

**Local News Editor**
Brad Stertz | 247-4766

**Deputy Local News Edi[tor]**
Fred Gaskins | 247-4736

**Reporter - General Assignment/Justice**
Kim O'Brien Root | 928-[...]

**Reporter - General Assignment/Justice**
Lisa Finneran | 247-7470

**Columnist**
Tamara Dietrich | 247-78[...]

**Deputy Local News Edi[tor] (night)**
Steve Snider | 247-4750

**Crime and Courts Edi[tor]**
Felicia Mason | 247-462[...]

**Reporter - Newport Ne[ws] Hampton Police**
Shawn Day | 247-4816

# Lawn care firm helps ease load of military families

Jul 18, 2006

### Free lawn care

Military families with a spouse serving overseas can apply for lawn-mowing help through the national GreenCare for Troops project sponsored by Project EverGreen, a nonprofit environmental group. Help is based on the availability of volunteer services from a lawn-care company in each area.

Online: For an application, visit www.projectevergreen.com or call toll-free 1-877-758-4835.

In Newport News: AMC Lawncare at 236-0589

In Chesapeake: The Brickman Group at 435-3955

### TOP STORIES

- Family flees war zone
- Keeping a human eye on students
- Road work to blossom

### Most e-mailed stories

in the past 24 hours:

**Bad Credit Refinance**
Complete our form for up to 4 free quotes. A couple minutes could save you $
www.nextag.com

**Guaranteed Weight Loss**
No Dieting, No Hunger. The Hoodia Diet Patch Really Works! Try 1 Week FREE
www.curbyourcravings.com/hoodia

Buy a link here

This season, Ralph is taking care of yards for about 10 military families as part of GreenCare for Troops. It's a national project launched by Project Evergreen, a nonprofit group that promotes the maintenance and use of green spaces. About 125 landscape and lawn contractors nationwide have signed up to take care of lawn-care needs for 1,100 families across the country, and more are registering every day, according to executive director Den Gardner.

Ralph's outfit and The Brickman Group in Chesapeake are the only providers in Hampton Roads, according to Gardner.

"Many serving in the Middle East are from National Guard units, and so many spouses are left to manage lawn care by themselves while trying to take care of their children and other responsibilities," says Gardner. "We felt it could be a service we could provide to help out in a small way for families directly involved in the war on terror."

Shelley Freeman of Hampton appreciates the free mowing she gets from Ralph's company.

"I don't know what I would do without his help," says Freeman, 41, who operates the Ambience Hair and Nail Gallery in Hampton. "I can't imagine getting out myself and doing it." Her husband, Staff Sgt. Timothy Freeman, 35, has been in Iraq since January. He's with the 654th Military Police division of the Army National Guard based in Emporia, and returns from overseas duty early next year.

In addition to cutting Freeman's grass, Ralph aerated, seeded and fertilized the yard and planted all sorts of pretty flowers, she says - again, all at no cost to her.

Page 2 of 5

Reporter - Crime and J
Jennifer Latson | 247-47

Region & State Editor
Dave Hendrickson | 247-

Reporter - Defense;
Congressional Delegati
Politics
David Lerman | (202) 82

Reporter - General Ass
Politics; State Governm
Hugh Lessig | (804) 225-

Reporter - Politics, Pro
General Assignment
John Bull | 247-4768

Reporter - Military
Stephanie Heinatz | 247-

Reporter - Military / N
Jim Hodges | 247-4633

Reporter - Environmen
Assignment
Fred Carroll | 247-4756

Columnist
Tony Gabriele | 247-478

NN / Hampton / York /
the James Editor
Mark Di Vincenzo | 247-

Hampton Schools, Ham
University
Georgina Stark | 247-453

Reporter - Newport Ne
Schools / CNU / ODU
Angela Forest | 247-786

Reporter - Hampton

# Lawn care firm helps ease load of military families

"He's really nice," she says.

Ralph, 37, shrugs off the compliments.

"I just want to do what I can to help," he says.

Giving back is important because he's in a good place business-wise, he says.

When he lost his school security job in 2000, he used his income tax return to buy one mower and he's "never looked back."

Now, Ralph supervises nine employees operating three riding, two walk-behind and four push mowers, all doing 400 to 500 residential and 30 commercial accounts weekly.

"People used to look at me as a lawn boy and now I'm making more than a school principal," he says.

"Helping military families is just the right thing to do."

Get home delivery of the Daily Press for less than $3.33 a week.

Try our dining, travel, entertainment and gardening newsletters. Subscribe

- **CHAPTER 2: Cheesecake Cemetery**
- Artists offer summer camp classes
- HU dean aims for accreditation

More top 20 e-mailed stories

Kimball Payne | 247-476

**Reporter - Newport Ne** Seth Freedland | 247-784

**Reporter – Smithfield; I Wight; Windsor** Veronica Gorley | 247-4;

**Reporter - Suffolk, Isle County and Surry scho** Kathryn Walson | 247-45

**Reporter - Suffolk, Isle County and Surry Cou and Courts** Sabine Hirschauer | 247-

**Reporter – Courts and Justice** Beverly Williams | 247-4

**Wmsbg / Mid-Pen Editi** Novelda Sommers | 247-

**Reporter - Gloucester, and Middlesex** Matt Paust | 247-4760

**Reporter - Gloucester, and Middlesex** Jon Cawley | 247-4635

**Reporter - Transportat and Poquoson** Matt Sabo | 247-4712

**Reporter -- Williamsbu City County Education** Carol Scott | 223-5686

**Reporter – WJC-York crime** Danielle Zielinski | 247-:

**Reporter – Williamsbur**

**MONEY & WORK**

TUESDAY, NOVEMBER 15, 2005 | C2

# On the move

### ACCOUNTING

**Maria Marston** has been named the first representative to the AGC's Virginia Board of Directors by The Executive Committee of the Peninsula Board of Associated General Contractors (AGC). Marston, a certified public accountant with Witt Mares in Newport News, served as treasurer of the Peninsula District of AGC for the past four years, has 16 years of experience in accounting, with a particular focus in the construction industry. In her practice, she provides accounting, tax and consulting services to contractors.



**MARSTON**

### LANDSCAPE

**Michael Ralph**, of AMC Lawncare, Inc., in Newport News and **Thomas W. Morris**, III, of T.G. Morris Enterprises, Inc., in Hampton, has joined the Professional Landcare Network (PLANET). PLANET is a national trade association representing green industry service provider companies and suppliers nationwide that specialize in design, building, installation, interiorscaping, lawn care and maintenance. It provides ongoing educational and safety programs that ensures that PLANET members have the knowledge and technical expertise necessary to perform their jobs at the highest standards.

— DAILY PRESS

March 15, 2007

Honorable Henry H. Kennedy, Jr.
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Michael Ralph

Dear Judge Kennedy:

I am writing this letter on behalf of my husband, Michael Ralph, who has pleaded guilty to conspiracy charges. We have known each other for over 24 years and have been married for 11 years. While I do not condone his actions, I do recognize that he has made some ill-advised choices that have not been in his best interest of that of others.

Despite his past actions, I know him to be an extremely good father to his three children, two of whom we share, and a good husband. He is dedicated to his family and makes us the center of his focus, second only to God. He actively participates in the community by sponsoring my son's basketball and baseball teams. He volunteers to work concession stands and is always willing to fill in whenever and wherever he is needed.

As Michael matures spiritually, he realizes the power of negativity and how associations with others doing positive things enlighten his mind and enhance him as an individual. Michael volunteers as an usher at our church and regularly encourages other males to get involved in something positive. He is a genuinely a tender hearted person and is willing to go out of his way to help many others in need. For instance, we had friends who were without electricity because of their inability to pay their bills. He bought coolers and purchased food so the family could eat. Rather than pay their bill, he would offer transportation to job interviews and provide leads until a job was found. He has a special way of relating to elderly individuals and seeks their wisdom on a regular basis. This may be because he grew up without a father or because he has a spirit that is willing to listen and learn not only from his own mistakes but from those of others as well.

Michael is rather large in stature but he is one of the most compassionate people I have ever met. He is a fun loving, good natured person and I believe he will not commit an offense of any criminal nature again. He is focused on growing his lawn care business and does not entertain anything that will detract from it. He surrounds himself with positive people with whom can network through or learn from. Not only is Michael concerned with his future but also the future of others. He talks to young males who appear misguided or headed down the wrong path. He shares his life experiences in hopes of encouraging them to turn their lives around before the opportunity is taken from them.

I fully support my husband, Michael Ralph, in his desire to do the right thing. I ask that you take into consideration that he is not a bad person; just a person who did a bad thing and is sorry for his actions. He is not a threat to our community.

Sincerely,

*Wendy T. Ralph*

March 14, 2007


To:   Honorable Henry H. Kennedy, Jr.
      United States District Judge
      333 Constitution Avenue, N.W.
      Washington, D.C. 20001


Your Honor, I am writing this letter on behalf of Mr. Ralph without any reservations because I know that Mr. Ralph is a changed man. I am fully aware of the crime to which Mr. Ralph has pleaded guilty. As a former federal agent, Police Officer and Probation Officer, I feel very confident in knowing that Mr. Ralph regrets his actions that led to his arrest. He and I have discussed his actions at great length and I feel confident that Mr. Ralph would not place himself in a position where his liberty would be jeopardized again.

I have known Mr. Ralph professionally and personally for several years and I admire his commitment and loyalty to his family, Church and his work. We both attend the same church and I can truly say that I have seen a change in his relationship and walk with God. Going though this matter has really taught Mr. Ralph a valuable life lesson of consequences associated with our actions.

Your Honor, I have the opportunity to observe Mr. Ralph's interface with his family on a weekly basis at church. I admire his commitment to his wife and children. I witness his tireless efforts with supporting youth sporting events in our city. I have witnessed Mr. Ralph provide financial resources in support of indigent youth sports programs in the City of Hampton and Newport News. I also observe his efforts to our church by volunteering his time and providing financial resources in support of the various ministries.

Your Honor, I feel that this matter has changed Mr. Ralph perspective on life and feel very confident in knowing that Mr. Ralph desires to be an upstanding citizen one who is beyond reproach. It is evident that Mr. Ralph is a changed man and I feel very confident in knowing that something like this will never happen to Mr. Ralph again.

Your Honor, I appreciate the opportunity to write this letter on behalf of Mr. Ralph. Should you have any questions surrounding my comments feel free to contact me at 757-722-9164.


Sincerely,

Derrick D. Boyd

March 13, 2007

Honorable Henry H. Kennedy, Jr.
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C.  20001

Re:  Mr. Michael Ralph

Dear Honorable Judge Kennedy:

This letter comes to you on behalf of Mr. Michael Ralph in consideration of his sentencing hearing. It is certainly my pleasure to provide a letter of reference in support of the character and self-esteemed individual. I have been a customer of Michael's for approximately 7 years and have known his family for more than 15 years. Michael possesses qualities of one who is devoted to his family, committed to his work, and influenceable in his community. We live in the same community and are neighbors. He has maintained an active membership in his religion affiliations as well as supported many charity and political organizations. Michael has a heart that care for people, a willingness to help by giving through his kindness and generosity. Michael has built and maintained his own business for several years. He envisions further expansion and growth over the next year. I believe, Michael will achieve this endeavor through continual steadfast perseverance, cognizant awareness, and effective decision making. Through this ordeal, Michael has confronted this matter with honesty, ownership of his actions, and faith in a justice outcome. As a people we are not perfect, but recognize circumstantial implications are not favorable and are of a chance. I feel confident, that Michael will not have any future dealings of this sort. He has recognized the consequences and has been able to identify its worth with oppositions to the morals he so believe in and live by.

In closing Honorable Judge Kennedy, I would like to thank you for your time and consideration of my letter. Please know that Michael's family and friends feel supportive of

him however, do not view this matter lightly.  I appreciate the opportunity to convey my expressions.


Best Regards,


*[signature redacted]*

Maria Riddick




CC:    Dani Jahn, Assistant Federal Public Defender / dani_jahn@fd.org

March 16, 2007

Honorable Henry H. Kennedy Jr.
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Michael A. Ralph

Dear Honorable Judge Kennedy,

This letter is written to you on behalf of my son Michael Ralph in consideration of the trouble that he has gotten his self in. I write this letter with all the love and respect that a mother can have for a son that she loves with all of her heart but recognize the trouble that he has gotten in. Michael is a very loving and kind hearted person. When I think of my son I always think of this little boy that would get up on Sunday mornings and go to church by his self. At this time I was rebelling against the way I was raised; because in my family house we went to church all day on Sunday's and we walked to Sunday school and my mom and dad came later. To day while writing this the truth tears are coming because he was always special to me and my family. GOD has been good to my son and me; today we both are in the Church. I often tell Michael how proud my mother and father would be of him because truly he was their favorite of all the grandchildren. My mom passed in 2000 and even in her confused state she knew none of her children but Michael she knew and she always had a smile for him. My son and always has a great love for children and older people and I am very proud of him he was there when we couldn't get my mom to do anything. My mom was a handful the nurses nor us could get her to do things but Michael could walk in the door and she would say hi baby and then he would say mama come on you know you have to take a bath; my GOD then she would say ok baby and get right up. My sisters and her nurse would say this is unreal, but the love for each other was just that strong. Michael has that same love with his children his daughter Michaela was a 9 month old baby and Michael was with my mom because my sister and I had gone on a cruise and she had cried so much that when she saw her dad she wouldn't even let him go and she is still that way today. The bond that is between him and his kids is such a beautiful sight to see in a time when you see so much hate and unconcern. Michael is a young man but to my family he is a head. Last year when I was buying another car he was the one I called even if he said mom why are you buying another car your car don't have 60,000 miles and I said my knees and he said loose some weight. (I just had to laugh when I looked at him) One month later my younger sister

purchased a Jeep and again she called Mike. Michael is in on all of our decisions. Michael has a big heart when it comes to family and friends. In September 2006 were I work and live flooded and my company lost all of the down stair units with water; this happened on Friday, September 1st on Saturday because I am the manager of this community I didn't have to call him he was here standing by my side.

GOD has blessed me to see Michael take a vision and hard work to build and maintain his own business. Michael's wife and my family pray that he will expand and grow even more. I believe that Michael will achieve this goal because of his faith with GOD. Through this Michael has taken a very negative and made it to a positive he was in church before this but he has grown leaps and bounds he has great relationship with his pastor. He is working with the church not only is he their lawn care provider he is on the Gleaner board. I was so proud of Michael just last year he was in the newspaper for one of the very few lawn care companies that had volunteered to do the lawns for our soldiers that were in the Middle East.

I know that as people we are not perfect but I am confident that Michael has learned a very hard lesson from this and I feel and even know that Michael will not make this same mistake again. He has recognized the consequences and has seen its worth and trouble to the morals and standards he believe in.

In closing your Honor, I would like to thank you for your time and consideration of my letter. I pray that you know that Michael's mother and family need him and support him and love him. I appreciate the opportunity to express my feelings.


Thank you,



Barbara J. Brown