UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : |
| | : Criminal No.:  06-0067 (HHK) |
| | : |
| MICHAEL RALPH | : |
| | : Sentencing: March 20, 2007 |
| | : |
| Defendant. | : |

**GOVERNMENT'S MOTION UNDER U.S.S.G. § 5K1.1**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion pursuant to U.S.S.G. § 5K1.1.  That provision authorizes the Court, upon motion of the government, to impose a sentence below the minimum which would otherwise be recommended by the sentencing guidelines.  On April 20, 2006, Michael Ralph pled guilty pre-indictment to an information charging him with one count of conspiracy to commit mail fraud, in violation of Title 18, U.S.C. Code § 371.  Under the plea agreement, the government calculated the offense level at 13 (12 to 18 months at a criminal history category of I) with a possible 5K1.1 motion if Ralph provided "substantial assistance."  The United States submits this motion because Ralph rendered substantial assistance in the prosecution and investigation of one his co-conspirators, Charles Emor.

This is a case involving a conspiracy to steal new Gateway computers directly from the Gateway computer plant in Newport News, VA and to sell them in D.C. and across the country.  At the time of the conspiracy, Dwayne Simmons (06-0064 HHK) worked at Gateway and was the

key to the conspiracy because of his access to the computers. Ralph, Simmons' close friend, ran much of the conspiracy by recruiting buyers and collecting and distributing money. Orlando Marshall (06-0005 HHK), Ralph's cousin, recruited Emor and received delivery of a large number of the computers but gained virtually nothing (about $1,000) financially from the scheme. Emor was one of the conspiracies biggest customers receiving no fewer than 70 computer systems between December 2000 and June 2002. Emor sold these computers, many of which were Gateway's highest end systems, for a substantial personal profit.

Shortly after being approached by law enforcement officers, Ralph gave a statement to the government in which he described the conspiracy. Most importantly, Ralph described his contact with Emor and he was the only one of the co-conspirators to have regular contact with Emor. During trial preparation, Ralph always made himself available and he acknowledged any errors he made in prior statements. The government believes Ralph testified truthfully. On December 21, 2006, the jury found Emor guilty of one count of conspiracy to commit mail fraud. For cooperating throughout trial preparation and for testifying truthfully, the government recommends that Ralph be given a three (3) point 5K1.1. departure.

The United States has carefully considered the nature and extent of Ralph's assistance and the decision to file this motion for a departure from the guidelines represents the assessment by the United States of the overall nature of the assistance which Ralph provided. In reaching this conclusion, the United States accounted for the fact that Ralph's assistance was provided at critical junctures that significantly advanced the case's development and resolution. Based on it's assessment, the United States respectfully submits to the Court that a downward departure from the U.S.S.G. of three levels to a Zone B Offense Level of 10, resulting in a range of 6 to 12 months, would be appropriate.

WHEREFORE, the United States respectfully submits that the nature, extent and value of Ralph's assistance would justify a departure by the Court from the guidelines, and respectfully requests that the Court sentence Ralph consistent with an Offense Level of 10.

                      Respectfully submitted,

                      JEFFREY A. TAYLOR
                      UNITED STATES ATTORNEY

By:_____
    ROY L. AUSTIN, JR.
    Assistant United States Attorney
    Fraud and Public Corruption Section
    CA Bar #211491
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    (202) 353-9458

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was sent by fax and electronically to the attorney for the defendant, Danielle Jahn, 625 Indiana Avenue, NW, Suite 550, Washington, D.C. 20004, this ____ day of March, 2007.

_____
Assistant United States Attorney