UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : |
| | : |
| | : Criminal No.:  06-0067 (HHK) |
| | : |
| **MICHAEL RALPH** | : |
| | : Sentencing: March 20, 2007 |
| | : |
| **Defendant.** | : |

## O R D E R

Upon consideration of the government's motion, it is this _____ day of March 2007, hereby:

ORDERED that:  pursuant to the United States Sentencing Guideline, Section 5K1.1, Substantial Assistance, the government's motion with respect to defendant Michael Ralph, giving him a three (3) point reduction in his offense level, shall be granted.

_____
UNITED STATES DISTRICT JUDGE

cc:   ROY L. AUSTIN, JR.
      Assistant United States Attorney
      Fraud and Public Corruption Section
      CA Bar #211491
      555 Fourth Street, N.W., Room 5239
      Washington, D.C.  20530
      (202) 514-7566

      DANIELLE COURTNEY JAHN
      Counsel for Michael Ralph
      625 Indiana Avenue, NW
      Suite 550
      Washington, D.C. 20004
      (202) 208-7500