HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAR 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 06-CR-67 |
| | : | |
| vs. | : | SSN: |
| | : | |
| RALPH, Michael | : | Disclosure Date: February 12, 2007 |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          3-6-07
Prosecuting Attorney                              Date

#### For the Defendant

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____        _____  _____
Defendant         Date                    Defense Counsel   Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **February 26, 2007**, to U.S. Probation Officer Elizabeth Suarez, telephone number **(202) 565-1341**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:  Gennine A. Hagar, Chief
     United States Probation Officer

Receipt and Acknowledgment                                    Page 2

RELATED CASES

(06 CR 35-(01)) HHK
- ON ~~~~~~~~~~~~, ABDUL JALLOH pled guilty to one count of conspiracy to commit mail fraud in violation of 18 USC § 371, in Docket Number CR-06-0035. ON November 17, 2006, JALLOH was sentenced to 5 years probation and restitution in the amount of $16,000.

- ON DECEMBER 21, 2006, CHARLES EMOR WAS FOUND GUILTY BY A JURY OF ONE COUNT OF CONSPIRACY TO COMMIT MAIL FRAUD IN VIOLATION OF 18 USC § 371, in Docket Number CR-06-0064. SENTENCING IS SCHEDULED FOR MARCH 20, 2007.

PARA 8   IN 1998
         D.S. = DWAYNE SIMMONS
         C.E. = CHARLES EMOR
         O.M. = ORLANDO MARSHALL

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~

The plea agreement is
5. ~~~~~~~~~~~~ the basis for a reduction for acceptance of responsibility, ~~~~~~~~~~~~ In addition, in accordance with the plea agreement, the defendant cooperated with the government's investigation and prosecution of co-conspirator Charles Emor.

3. On April 20, 2006, the defendant pled guilty

Signed by: _____
           (Defendant/Defense Attorney/AUSA)

Date: 3-6-07



U.S. Department of Justice
United States Attorney
District of Columbia

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

# USAO-DC
# FAX
Cover

| | | | |
|---|---|---|---|
| To: | Elizabeth Suarez<br>U.S. Probation Officer | From: | Roy L. Austin, Jr.<br>Assistant U.S. Attorney |
| | Dani Jahn<br>Federal Defender | | |
| Fax: | (202) 273-0242 | Phone: | (202) 353-9458 |
| | (202) 208-7515 | | |
| Date: | March 6, 2007 | | |
| Re: | US v Michael Ralph (CR-06-0067) PSI Receipt and Acknowledgment | | |
| Page(s): | 3 including cover | | |

COMMENTS:

**U.S. ATTORNEY FACSIMILE COMMUNICATION**

**WARNING: Information attached to this cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited. Please notify the originator immediately to arrange for proper disposition.**