HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 20 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 06-CR-67 |
| vs. | : | SSN: |
| RALPH, Michael | : | Disclosure Date: February 12, 2007 |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    _____
Prosecuting Attorney                                                                Date

### For the Defendant

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

*M. Ralph* /s/   3/2/07                          *Haim Jahn* 3/2/07
Defendant           Date                          Defense Counsel            Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **February 26, 2007**, to U.S. Probation Officer Elizabeth Suarez, telephone number (202) 565-1341, fax number (202) 273-0242.

*Sherry Brough*
Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Gennine A. Hagar, Chief
     United States Probation Officer

**Receipt and Acknowledgment**                                          Page 2

#35. Mr. Ralph's wife is named Wendy Gitan Truitt-Ralph.
Also beginning in April 2007, Mr. Ralph will be paying $332.00 in child support.

#47. The child support effective 4/07 is $332.00 Therefore the net monthly cash flow will be $821.00.

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: 3/2/07