| PROB 22-DC (Rev 2/88) | | DOCKET NUMBER *(Tran Court)* CR 06-067 -HHK |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE Michael A. Ralph | DISTRICT District of Columbia | DIVISION U.S. Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE Henry H. Kennedy, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM March 20, 2007 — TO March 19, 2012 |

OFFENSE

Conspiracy, Aiding, and Abetting, Causing an Act to be Done (Count One)

FILED
FEB 08 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Virginia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_9/6/07_
Date

_Henry Kennedy, Jr._
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_10/4/07_
Effective Date

United States District Judge